IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID I. NAMER                                                                                          PETITIONER
Reg. #15869-034

V.                               NO. 2:12CV00143 SWW-JTR

JOHN FOX,                                                                                                RESPONDENT
Interim Warden, FCI-Forrest City

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT:

(1)   Petitioner's habeas claim challenging his October 5, 2011 disciplinary conviction is DISMISSED with prejudice, and his habeas claim challenging the imposition and collection of restitution payments during his incarceration is DISMISSED without prejudice;

(2)     This 28 U.S.C. § 2241 Petition for a Writ of Habeas Corpus (docket entries #2, #7) is DISMISSED; and

(3)     All pending motions[1] are denied as moot.

DATED this 9th day of April, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's Motion for Discovery and Medical Examination (docket entry #15); Petitioner's Motion for Hearing (docket entry #21).